|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO | |
| LORNA M. RIVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNMENT DEVELOPMENT BANK and Alfredo Salazar Conde, in his official capacity as President; and AUTORIDAD PARA EL FINANCIA-MIENTO DE LA VIVIENDA and Carlos Rivas Quiñonez, in his personal and official capacity as Executive Director of the Autoridad,<br><br>    Defendants. | Civil No. 07-1070 (JAF) |

**O R D E R**

The parties have settled this case. The Puerto Rico Housing Finance Authority will pay plaintiff $40,000.00 in exchange for a dismissal of all pleaded causes of action against all defendants.

The only remaining open matter is the final resolution of the Social Security-related administrative claim before the Internal Revenue Service, Claim No. 43069. The legal seven percent withholding for income tax purposes will be made.

The parties give each other full release of any and all causes of action plead or not plead with prejudice.

This disposition includes a dismissal with prejudice of the case against Carlos Rivas in his personal capacity.

Civil No. 07-1070 (JAF)                                                                    -2-

1      Judgment shall be entered accordingly.

2      **IT IS SO ORDERED.**

3      San Juan, Puerto Rico, this 7th day of December, 2007.

4                                              S/José Antonio Fusté
5                                              JOSE ANTONIO FUSTE
6                                              Chief U. S. District Judge